DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VANESSA HAMLET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 07-293-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date:  September 24, 2007 |
| VANESSA HAMLET, | ) Time:  2:00 p.m. |
|  | ) Judge: Gregory G. Hollows |
| Defendant. | ) |
| _____ | ) |

   The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, VANESSA HAMLET by and through her counsel LEXI NEGIN, Assistant Federal Defender of the Federal Defenders Office, stipulate that the trial confirmation hearing set for September 10, 2007 at 2:00 p.m. and the jury trial set for September 24, 2007 be vacated and a status conference be set for Monday, September 24, 2007 at 2:00 p.m.

    The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference set for September 24, 2007 at 2:00 p.m. pursuant to
/ / /

1  18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local
2  Code T4.

3  Dated: September 7, 2007                Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Lexi Negin
                                           _____
                                           LEXI NEGIN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           VANESSA HAMLET

Dated:  September 7, 2007                  MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Matthew Stegman
                                           _____
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney

## **O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the status conference on date of September 24, 2007.

IT IS SO ORDERED. **

Dated:9/7/07                    /s/ Gregory G. Hollows
                                _____
                                United States Magistrate Court

** The factual basis underlying the request for status shall be placed on the record on September 24, 2007.

hamlet.ord

2