```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, DC Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VANESSA HAMLET
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,     ) Cr.S. 07-293-GGH
12                                )
                  Plaintiff,      ) STIPULATION AND ORDER
13                                )
        v.                        ) Date:  September 24, 2007
14                                ) Time:  2:00 p.m.
    VANESSA HAMLET,               ) Judge: Gregory G. Hollows
15                                )
                  Defendant.      )
16                                )
    _____  )
17
```

18       The United States of America, through MATTHEW STEGMAN, Assistant
19  United States Attorney, together with defendant, VANESSA HAMLET by and
20  through her counsel LEXI NEGIN, Assistant Federal Defender of the
21  Federal Defenders Office, stipulate that the status conference hearing
22  set for September 24, 2007 at 2:00 p.m. be continued for a change of
23  plea hearing on October 1, 2007 at 9:00 a.m.

24       The parties agree that the Court should exclude time under the
25  Speedy Trial Act from September 24, 2007 through October 1, 2007 for
26  defense preparation pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and
27  Local Code T4.

28

```
1  Dated: September 24, 2007            Respectfully submitted,
2
                                        DANIEL J. BRODERICK
3                                       Federal Defender
4                                       /s/ Lexi Negin
5                                       _____
                                        LEXI NEGIN
                                        Assistant Federal Defender
6                                       Attorney for Defendant
                                        VANESSA HAMLET
7
8  Dated:  September 24, 2007           MCGREGOR W. SCOTT
                                        United States Attorney
9
                                        /s/ Matthew Stegman
10
                                        _____
                                        MATTHEW STEGMAN
11                                      Assistant U.S. Attorney
```

**O R D E R**

   FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from September 24, 2007 until October 1, 2007.  A hearing for change of plea shall be set on October 1, 2007 at 9:00 a.m.

   IT IS SO ORDERED.

```
Dated: 9/24/07                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Court
```

hamlet.ord2